# EXHIBIT "B"

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.           : 7,292,870 B2                                             Page 1 of 1
APPLICATION NO.  : 10/846236
DATED                   : November 6, 2007
INVENTOR(S)         : Ralph Heredia et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On Title Page Item [60]:
     Please insert --Provisional application 60/532,000 filed on December 24, 2003.--

In the Specification:

Column 1, lines 3-4 following the title, please insert:
     --This application claims priority to provisional application 60/532,000, which was filed on December 24, 2003.--

Signed and Sealed this
Sixteenth Day of July, 2013

*Teresa Stanek Rea*

Teresa Stanek Rea
*Acting Director of the United States Patent and Trademark Office*