# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZIPIT WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLU PRODUCTS, INC.; <br> GOOGLE LLC; <br> MOTOROLA MOBILITY LLC; <br> NOKIA OF AMERICA CORPORATION; <br> PANASONIC CORPORATION OF AMERICA; <br> SONY MOBILE COMMUNICATIONS (USA) INC.; and <br> TTE TECHNOLOGY, INC. (d/b/a TCL NORTH AMERICA and TCL USA). <br><br> Defendants. | Civil Action No. _____ <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Zipit Wireless, Inc. ("Plaintiff") states that:

1. Plaintiff is a company organized and existing under the laws of the State of Delaware;

2. Plaintiff has no parent corporation; and

3. No publicly held corporation owns 10% or more of Plaintiff.

This 4th day of June, 2020.

1

*/s/ Stamatios Stamoulis*

STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE  19801
Telephone: (302) 999-1540
Email: stamoulis@swdelaw.com

Stephen R. Risley
(pro hac vice application to be filed)
Email: steverisley@kentrisley.com
Telephone: (404) 585-2101
Facsimile: (404) 389-9402
Cortney S. Alexander
(pro hac vice application to be filed)
Email: cortneyalexander@kentrisley.com
Telephone: (404) 855-3867
Facsimile:  (770) 462-3299

KENT & RISLEY LLC
5755 N Point Parkway, Suite 57
Alpharetta, GA 30022

Attorneys for Plaintiff