# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZIPIT WIRELESS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BLU PRODUCTS, INC.;<br>GOOGLE LLC;<br>MOTOROLA MOBILITY LLC;<br>NOKIA OF AMERICA CORPORATION;<br>PANASONIC CORPORATION OF AMERICA;<br>SONY MOBILE COMMUNICATIONS (USA) INC.; and<br>TTE TECHNOLOGY, INC. (d/b/a TCL NORTH AMERICA and TCL USA).<br><br>    Defendants. | Civil Action No. 1:20-cv-00756-LPS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT NOKIA OF AMERICA CORPORATION

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Zipit Wireless, Inc. hereby voluntarily dismisses without prejudice Defendant Nokia of America Corporation. This voluntary dismissal does not dismiss any other Defendant and the case remains pending against all other Defendants.

No Defendant has filed an answer or a motion for summary judgment. Accordingly, this action may be dismissed without an order of the Court.

Respectfully submitted, this 19th day of June, 2020.

                                                  */s/ Stamatios Stamoulis*

>STAMOULIS & WEINBLATT LLC
>800 N. West Street, Third Floor
>Wilmington, DE  19801
>Telephone: (302) 999-1540
>Email: stamoulis@swdelaw.com
>
>Attorneys for Plaintiff
>Zipit Wireless, Inc.

## CERTIFICATE OF SERVICE

I certify that on June 19, 2020 the above and foregoing document was electronically filed with the Clerk of Court for the United States District Court for the District of Delaware using the CM/ECF system, which will automatically send notification of such filing to counsel Record.

>*/s/ Stamatios Stamoulis*
>
>STAMOULIS & WEINBLATT LLC
>800 N. West Street, Third Floor
>Wilmington, DE  19801
>Telephone: (302) 999-1540
>Email: stamoulis@swdelaw.com