IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZIPIT WIRELESS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-756 (LPS) |
| | ) |
| BLU PRODUCTS, INC., GOOGLE LLC, | ) |
| MOTOROLA MOBILITY LLC, NOKIA OF | ) |
| AMERICA CORPORATION, PANASONIC | ) |
| CORPORATION OF AMERICA, SONY | ) |
| MOBILE COMMUNICATIONS (USA) INC. | ) |
| and TTE TECHNOLOGY, INC. (d/b/a TCL | ) |
| NORTH AMERICA and TCL USA), | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the plaintiff and defendant Google LLC ("Google"), subject to the approval of the Court, that the time for Google to move, answer, or otherwise respond to the Complaint is extended through and including August 14, 2020.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ Stamatios Stamoulis* | */s/ Jack B. Blumenfeld* |
| _____ | _____ |
| Stamatios Stamoulis (#4606) | Jack B. Blumenfeld (#1014) |
| 800 North West Street, Third Floor | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 999-1540 | Wilmington, DE 19899 |
| stamoulis@swdelaw.com | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant Google LLC* |

SO ORDERED this _____ day of June, 2020.

_____
Chief Judge