IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZIPIT WIRELESS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-756 (LPS) |
| | ) |
| BLU PRODUCTS, INC., GOOGLE LLC, | ) |
| MOTOROLA MOBILITY LLC, NOKIA OF | ) |
| AMERICA CORPORATION, PANASONIC | ) |
| CORPORATION OF AMERICA, SONY | ) |
| MOBILE COMMUNICATIONS (USA) INC. | ) |
| and TTE TECHNOLOGY, INC. (d/b/a TCL | ) |
| NORTH AMERICA and TCL USA), | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the plaintiff and defendant Motorola Mobility LLC ("Motorola"), subject to the approval of the Court, that the time for Motorola to move, answer, or otherwise respond to the Complaint is extended until August 14, 2020.

STAMOULIS & WEINBLATT LLC

/s/ *Stamatios Stamoulis*
_____
Stamatios Stamoulis (#4606)
800 North West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

*Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant Motorola Mobility LLC*

SO ORDERED this ___ day of June 2020.

_____
Chief Judge