IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZIPIT WIRELESS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BLU PRODUCTS, INC.;<br>GOOGLE LLC;<br>MOTOROLA MOBILITY LLC;<br>NOKIA OF AMERICA CORPORATION;<br>PANASONIC CORPORATION OF AMERICA;<br>SONY MOBILE COMMUNICATIONS (USA) INC.; and<br>TTE TECHNOLOGY, INC. (d/b/a TCL NORTH AMERICA and TCL USA).<br><br>    Defendants. | Civil Action No. 1:20-cv-00756-LPS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Zipit Wireless, Inc. hereby voluntarily dismisses this action in its entirety without prejudice. No Defendant has filed an answer or a motion for summary judgment. Accordingly, this action may be dismissed without an order of the Court.

Respectfully submitted, this 23rd day of June, 2020.

                                          */s/ Stamatios Stamoulis*

                                          STAMOULIS & WEINBLATT LLC
                                          800 N. West Street, Third Floor
                                          Wilmington, DE 19801
                                          Telephone: (302) 999-1540

        Email: stamoulis@swdelaw.com

        Attorneys for Plaintiff
        Zipit Wireless, Inc.

## **CERTIFICATE OF SERVICE**

I certify that on June 23, 2020 the above and foregoing document was electronically filed with the Clerk of Court for the United States District Court for the District of Delaware using the CM/ECF system, which will automatically send notification of such filing to counsel Record.

        */s/ Stamatios Stamoulis*

        STAMOULIS & WEINBLATT LLC
        800 N. West Street, Third Floor
        Wilmington, DE  19801
        Telephone: (302) 999-1540
        Email: stamoulis@swdelaw.com