AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of Delaware__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>20-756-LPS | DATE FILED<br>6/4/2020 | U.S. DISTRICT COURT<br>District of Delaware | |
|---|---|---|---|
| PLAINTIFF<br>Zipit Wireless, Inc. | | DEFENDANT<br>BLU Products, Inc., et al. | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 7,292,870 B2 | 11/6/2007 | Zipit Wireless, Inc. |
| 2 | US 7,894,837 B2 | 2/22/2011 | Zipit Wireless, Inc. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Notice of Voluntary Dismissal |

| CLERK<br>John A. Cerino | (BY) DEPUTY CLERK | DATE<br>6/25/2020 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ZIPIT WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLU PRODUCTS, INC.; <br> GOOGLE LLC; <br> MOTOROLA MOBILITY LLC; <br> NOKIA OF AMERICA CORPORATION; <br> PANASONIC CORPORATION OF AMERICA; <br> SONY MOBILE COMMUNICATIONS (USA) INC.; and <br> TTE TECHNOLOGY, INC. (d/b/a TCL NORTH AMERICA and TCL USA). <br><br> Defendants. | Civil Action No. 1:20-cv-00756-LPS <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Zipit Wireless, Inc. hereby voluntarily dismisses this action in its entirety without prejudice. No Defendant has filed an answer or a motion for summary judgment. Accordingly, this action may be dismissed without an order of the Court.

Respectfully submitted, this 23rd day of June, 2020.

/s/ *Stamatios Stamoulis*

STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540

1

Email: stamoulis@swdelaw.com

Attorneys for Plaintiff
Zipit Wireless, Inc.

## CERTIFICATE OF SERVICE

I certify that on June 23, 2020 the above and foregoing document was electronically filed with the Clerk of Court for the United States District Court for the District of Delaware using the CM/ECF system, which will automatically send notification of such filing to counsel Record.

*/s/ Stamatios Stamoulis*

STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
Email: stamoulis@swdelaw.com